THE STATE, RESPONDENT, v. HENRY SCHLOSSER AND JOHN SEIBERT, APPELLANTS.

Submitted March 23, 1914—Decided May 8, 1914.

On error to the Supreme Court, whose opinion is reported in 85 *N. J. L.* 165.

For the plaintiff in error, *Lehlbach & Van Duyne*.

For the state, *Louis Hood*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE. TRENCHARD, BERGEN, MINTURN, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, JJ.   10.

*For reversal*—None.